IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAVAUGHN K. ROBINSON,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**JONES, et al.,**<br><br>                              Defendants. | 2:22-cv-01717 KJM CKD P<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to file a motion to opt out of the Post-Screening ADR Project is granted. The deadline to file a motion to opt out of the Post-Screening ADR Project is extended to March 22, 2023.

Dated:  December 20, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE