1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**JAVAUGHN K. ROBINSON,**                    Case No. 2:22-cv-01717 KJM CKD P

12
                                   Plaintiff,   **ORDER**
13

14                        v.

15    **JONES, et al.,**

16                                 Defendants.

17

18       Good cause appearing, Defendants Jones and Acuna's request for a thirty-day extension of

19    time to file a motion to opt out of ADR is GRANTED.  Defendants shall have until April 21,

20    2023, within which to file a motion to opt out of ADR.

21    Dated:  March 20, 2023

22    _____
      CAROLYN K. DELANEY
23    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28