UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN K. ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>TY JONES, et al.,<br><br>　　　　　　Defendants. | No. 2:22-cv-1717 DJC CKD P<br><br><br>ORDER TO SHOW CAUSE |

This matter is currently stayed and assigned to the court's Alternative Dispute Resolution (ADR) program "to allow the parties to investigate plaintiff's claims, meet and confer, and then participate in a settlement conference." ECF No. 21 at 1. Defendants were granted until April 21, 2023 to either schedule a settlement conference or opt out of the ADR program. ECF No. 28. Defendants have done neither.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within five days, defendants either schedule a settlement conference pursuant to the terms of the court's November 22, 2022 order or file a motion to opt out of the court's ADR program.

/////

/////

/////

1

2. Within five days, show cause why sanctions should not issue for failure to schedule a settlement conference or opt out of the court's ADR program before the April 21, 2023 deadline for doing so.

Dated: May 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
robi1717.osc