IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVAUGHN K. ROBINSON,**<br><br>             Plaintiff,<br><br>     v.<br><br>**JONES, et al.,**<br><br>             Defendants. | Case No. 2:22-cv-01717-DJC-CKD (PC)<br><br>**ORDER** |

Defendant's *ex parte* motion to excuse the attendance of a principal with full authority at the November 2, 2023 video settlement conference, (ECF No. 36), is HEREBY GRANTED.

Dated: November 1, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE